AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Western District of Washington_____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>8/10/2017 | U.S. DISTRICT COURT<br>Western District of Washington |
|---|---|---|
| PLAINTIFF<br>ACUSHNET COMPANY | | DEFENDANT<br>COSTCO WHOLESALE CORPORATION |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,994,638 | 2/7/2006 | Acushnet Company |
| 2  8,025,593 | 9/27/2011 | Acushnet Company |
| 3  8,123,632 | 2/28/2012 | Acushnet Company |
| 4  8,257,201 | 9/4/2012 | Acushnet Company |
| 5  8,444,507 | 5/21/2013 | Acushnet Company |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  9,320,944 | 4/26/2016 | Acushnet Company |
| 2  6,358,161 | 3/19/2002 | Acushnet Company |
| 3  7,163,472 | 1/16/2007 | Acushnet Company |
| 4  7,887,439 | 2/15/2011 | Acushnet Company |
| 5  7,641,572 | 1/5/2010 | Acushnet Company |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy