1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ACUSHNET COMPANY,

Plaintiff,

v.

COSTCO WHOLESALE
CORPORATION,

Defendant.

No. 2:17-CV-1214-RAJ

DEFENDANT'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT

Defendant Costco Wholesale Corporation ("Costco"), a non-governmental corporate

party, provides the following statement to comply with Federal Rule of Civil Procedure 7.1(a):

Costco Wholesale Corporation has no parent corporation and no publicly held

corporation owns 10% or more of its stock.

DATED:  September 26, 2017.

By:  s/ Ramsey M. Al-Salam
Ramsey M. Al-Salam #18822
Stevan R. Stark, #39639
Nicholas H. Hesterberg, #41970
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  RAlsalam@perkinscoie.com
Email:  SStark@perkinscoie.com
Email:  NHesterberg@perkinscoie.com

DEFENDANT'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT – 1
(No. 2:17-CV-1214-RAJ)

137074492.1

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on September 26, 2017, I caused copies of the foregoing document to

3

be served via CM/ECF to the following counsel of record:

4

Brian G. Bodine
Adriane M. Scola
LANE POWELL, P.C.
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
Telephone: 206.223.7000
Fax: 206.223-7107
Email: bodineb@lanepowell.com
Email: scolaa@lanepowell.com

Attorneys for Plaintiff

Brian A. Rosenthal
GIBSON DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Email: barosenthal@gibsondunn.com

Brian K. Andrea
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
Email: bandrea@gibsondunn.com

Nathan Fonda
GIBSON DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Email: nfonda@gibsondunn.com

Attorneys for Plaintiff

*/s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT'S RULE 7.1 CORPORATE
DISCLOSURE STATEMENT – 2
(No. 2:17-CV-1214-RAJ)

137074492.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000